SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISSION CAPITAL WORKS, INC., a Washington corporation,<br><br>                  Plaintiff,<br><br>v.<br><br>SC RESTAURANTS, INC., et al.,<br><br>                  Defendants. | Case No.  2:09-CV-06003-ABC<br><br>U.S.D.C (W.D. Wash.) Case No. C 07-1807<br><br>**ORDER TO SHOW CAUSE RE CONTEMPT**<br><br>**[F.R.C.P. 64 & 69;  18 U.S.C. §401]** |

TO: BROOKES J.H. SANG

PLEASE TAKE NOTICE that Plaintiff/Judgment Creditor MISSION CAPITAL WORKS, INC. ("Creditor Mission") requests a Court hearing for an Order to Show Cause Why an Order of Contempt should not issue against Defendant/Judgment Debtor BROOKES J.H. SANG ("Debtor Brookes Sang") based on the following.

The Court scheduled a hearing on a Judgment Debtor Examination of Debtor Brookes Sang on April 19, 2010 at 10:00 a.m. Debtor Brookes Sang was personally and timely served with the Order to Appear and a Subpoena. However, he failed to appear as required by the Court's Order.

IT IS HEREBY ORDERED that BROOKES J.H. SANG personally appear on:

    **Date: July 19, 2010**

    **Time: 10:00 a.m.**

1

1  in Department 680 of this Court located at 312 North Spring Street, Los Angeles,
2  California 90012 to then and there show cause, if any you have, why you should not
3  be adjudged in and held in contempt of court for your failure to appear and submit to
4  a judgment debtor examination on April 19, 2010 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: July 8, 2010    _____
                       JUDGE, UNITED STATES DISTRICT COURT

SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425