UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MISSION CAPITAL WORKS, INC., a Washington corporation,<br><br>           Plaintiff,<br><br>    v.<br><br>SC RESTAURANTS, INC., et al.,<br><br>           Defendant. | CV 09-6003 ABC (RZx)<br><br>ORDER TO SHOW CAUSE RE CONTEMPT |

    On July 8, 2010, the Court issued an Order to Show Cause re Contempt, set for hearing on Monday, July 19, 2010 at 10:00 a.m. Judgment creditor Mission Capital Works informs the Court that it has been unable to serve judgment debtor Brookes J.H. Sang with the Court's Order.  Because Mr. Sang has not been served, the Court VACATES the current hearing date and sets the new hearing date below.

Mr. Sang is NOTIFIED:

Plaintiff/Judgment Creditor Mission Capital Works, Inc. requests a hearing for an Order to Show Cause why an order of contempt should not issue against Mr. Sang based on the following:

The court scheduled a hearing on a Judgment Debtor Examination of Mr. Sang on April 19, 2010 at 10:00 a.m. Mr. Sang was personally and timely served with the Order to Appear and a Subpoena. However, he failed to appear as required by the Court's Order.

Mr. Sang is ORDERED TO APPEAR before the Court on **Monday, August 2, 2010 at 10:00 a.m. in Department 680 of this Court located at 255 E. Temple St., Los Angeles, CA 90012,** to show cause why he should not be held in contempt for the failure to appear at the April 19, 2010 Judgment Debtor Examination. **He is advised that among the civil penalties to which he may be subject are fines and imprisonment and, should he fail to appear, a bench warrant will be issued for his arrest. Mr. Sang is also urged to consider retaining counsel for the August 2, 2010 hearing.**

Judgment Creditor Mission Capital is ORDERED to serve Mr. Sang with this Order and file a proof of service with the Court no later than **Thursday, July 29, 2010**. If it cannot serve Mr. Sang, it is ORDERED to file a declaration from the process server explaining the attempts at service no later than **Thursday, July 29, 2010**.

**IT IS SO ORDERED.**

DATED: July 16, 2010

_____
**AUDREY B. COLLINS**
**UNITED STATES CHIEF DISTRICT JUDGE**