1  **FICKEL & DAVIS**
   Mary Fickel, Esq. (#221872)
2  Richard Davis, Esq. (#259448)
   3254 Fourth Avenue
3  San Diego, California 92103
   Tel.: (619) 557-9420 / Fax: (619) 557-9425
4

5  Attorneys for Plaintiff/Judgment Creditor
   MISSION CAPITAL
6

7

8                  **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10 | MISSION CAPITAL WORKS, INC., | Case No. 2:09-cv-06003-ABC-JPRx |
11 | Plaintiff, | U.S.D.C. (W.D. Wash.) |
12 | v. | Case No. C 07-1807 |
13 | SC RESTAURANTS, INC., et al., | **RENEWAL OF REGISTERED JUDGMENT BY CLERK** |
14 | Defendants. | |
15 | | [NO HEARING SCHEDULED] |

16        Judgment in the sum of $1,578,814.26 having been entered on March 9, 2009 in the United

17 States District Court, Western District of Washington and registered on April 22, 2009 in the United

18 States District Court Central District of California, Western Division, in the sum of $1,578,814.26, in

19 favor of Plaintiff/Judgment Creditor   Mission Capital Works, Inc. (hereinafter "MISSION CAPITAL")

20 and against Judgment Debtors SC Restaurants, Richard Sang, Richie Sang, and Brookes Sang, jointly

21 and severally (hereinafter collectively "DEBTORS") ("JUDGMENT").

22        NOW, upon Application for Renewal of Judgment by MISSION CAPITAL and upon

23 declaration showing that DEBTORS have failed to satisfy the total amount of said Registered Judgment

24 and are indebted to MISSION CAPITAL.

25        IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT the Registered Judgment

26 against DEBTORS is renewed in the amount of $1,678,838.76 as follows.

27        a.      Total Judgment............................................. $1,578,814.26

28        b.      Costs after judgment..................................... $       0.00

Mission Capital v. SC. Restaurants, Inc.
Case No. 2:09-cv-06003-ABC-PRx

FICKEL &DAVIS
Attorneys at Law
3254 Fourth Avenue
San Diego, CA 92103
TELEPHONE (619)557-3420 · FACSIMILE (619)557-9425

1

c.    Interests after Judgment computed from

2

March 9, 2009 to August 20, 2009, at .68%..$    4,853.23

3

d.    Subtotal (add a and c)..................................$1,583,667.49

4

d.    Less Credits after judgment

5

(Payment on 08/21/2009).............................$    10,000.00

6

e.    Subtotal (subtract c from d)......................... $1,573,667.49

7

f.    Interest after judgment computed from

8

August 21, 2009 to March 4, 2019, at .68%..$  105,171.27

9

g.    Fee for filing renewal application................. $    0.00

10

h.    Total renewed judgment (add e, f and g)....... $1,678,838.76

11

12

13    Dated: _____March 12, 2019_____    By _Sharon Hall Brom_

14                                               Deputy Clerk

15

16    KIRY K. GRAY, Clerk of Court

17

18

19

20

21

22

23

24

25

26

27

28

Mission Capital v. SC. Restaurants, Inc.
Case No. 2:09-cv-06003-ABC-PRx

**RENEWAL OF JUDGMENT**